UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-78594-jrs |
| Brenda Kay Aikens | CHAPTER 13 |
| Debtor(s) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On March 24, 2014 and June 5, 2014 Trustee herein filed Notice to Deposit Unclaimed Funds and issued checks in the amount of $115.00 and $2,123.16 for a total of $2,238.16 to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court on behalf of Brenda Kay Aikens: (the "Unclaimed Funds").

On September 8, 2015, Brenda Kay Aikens ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $2,238.16 payable to Brenda Kay Aikens and shall send said check to payee at the following address: 2436 Verner Road, Lawrenceville, GA 30043.

IT IS SO ORDERED this the 29th day of September, 2015.

JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

Adam Goodman, Ch. 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

## DISTRIBUTION LIST

United States Attorney
1800 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

Claimant:
Brenda Kay Aikens
2436 Verner Road
Lawrenceville, GA  30043

Trustee:
Adam M. Goodman
260 Peachtree Street
Suite 200
Atlanta, GA  30265

Debtor:
Brenda Kay Aikens
2436 Verner Road
Lawrenceville, GA  30043

Attorney for Debtor(s)
Clark & Washington, PC
Bldg 3
3300 Northeast Expressway
Atlanta, GA  30341